Mildred A. Davies, appellee, v. Marks Brothers Theatres, appellant. Gen. No. 37,040.

▮▮▮▮▮▮ Heard in the third division of this court for the first district at the October term, 1933. ▮▮▮▮▮▮ Opinion filed March 14, 1934.

John A. Bloomingston, for appellant. Abraham Lepine, for appellee; Alvin E. Stein, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

F. F. Backstrom and F. Backstrom, trading as F. F. Backstrom and Son, defendants in error, v. National Watch and Jewelry Company, plaintiff in error. Gen. No. 37,013.

▮▮▮▮▮▮ Heard in the first division of this court for the first district at the February term, 1934. ▮▮▮▮▮▮ Opinion filed April 2, 1934. Rehearing denied April 16, 1934.

Aaron Soble, for plaintiff in error; Irving Goodman, of counsel. Cummings & Wyman, for defendants in error; Daniel P. Nagle, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Daniel L. Madden and Edward J. Kelley, appellees, v. Sarah L. Johnson, appellant. Gen. No. 37,022.

▮▮▮▮▮▮ Heard in the first division of this court for the first district at the October term, 1933. ▮▮▮▮▮▮ Opinion filed April 2, 1934.

James G. Skinner and Edward J. Padden, for appellant. Edward J. Kelley, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.